# Richmond

JOSEPH R. GALVIN AND HAMMOND A. SAUNDERS V. MARIE SMITH.

March 14, 1935.

*Eastwood D. Herbert* and *Leon T. Seawell,* for the plaintiffs in error.

*V. H. Kellam* and *O. L. Shackleford,* for the defendant in error.